JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

   - v. -                          :    INDICTMENT

JOSE JAVIER GEIGEL,
   a/k/a "Hector Omar Camacho Torres,"      07 CRIM 495
   a/k/a "El Rubio,"                :

               Defendant.       :

- - - - - - - - - - - - - - - - - - x

       The Grand Jury charges:

       On or about February 13, 2004, in the Southern District of New York, JOSE JAVIER GEIGEL, a/k/a "Hector Omar Camacho Torres," a/k/a "El Rubio," the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, GEIGEL submitted an application for a United States passport containing false information, including a false name, date of birth, place of birth, and social security number, and attaching a fraudulent birth certificate.

       (Title 18, United States Code, Section 1542.)


_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE JAVIER GEIGEL,
a/k/a ""Hector Omar Camacho Torres,"
a/k/a "El Rubio,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 1542)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
                        Foreperson.

1 June 07 TLC: Post 11/1/87 indictment filed. A/W ordered. Assigned to Judge Crotty.

Peck, MJ.

3